**Order entered November 14, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01144-CV

**GREAT HANS, LLC, Appellant**

**V.**

**LIBERTY BANKERS LIFE INSURANCE CO., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12254**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 27, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/ DAVID L. BRIDGES
   PRESIDING JUSTICE